**STATEMENT OF FACTS**

On February 27, 2024, at approximately 11:55 PM, officers with the Metropolitan Police Department (MPD) responded to 3910 Georgia Avenue NW, Washington D.C. for a reported armed carjacking. Officers met with Complainant 1 on scene who reported that approximately twenty minutes earlier, at 11:35 PM, she had parked her vehicle in the rear parking area of the apartment building at 3910 Georgia Avenue NW. Complainant 1 exited the vehicle and locked the doors. As she began walking away from the vehicle, two suspects approached her. The first suspect was a young man wearing dark clothing and was approximately 5'5" to 5'7" tall. While a ski mask covered his face, Complainant 1 could tell that he was light skinned but was not certain whether he was black or Hispanic. The second suspect was a man with dark clothing, but Complainant 1could not provide any further description. The first suspect was carrying a gun and instructed Complainant 1 to give him everything she had. The two suspects took Complainant 1's 2020 silver Toyota Camry with D.C. license plate G16681 and her purse which contained her iPhone 15 Pro Max, work ID, and house keys. Complainant 1 was able to track her iPhone to the intersection of 13th Street and Taylor Street NW, where officers found it apparently discarded.

MPD officers contacted Toyota which was able to locate GPS information for the vehicle. Toyota began providing GPS information at 1:05 AM, approximately one hour and thirty minutes after the carjacking. GPS data for the vehicle indicated it was located in Reisterstown, Maryland.

Baltimore County Police officers responded to the vehicle's location and located it on Red Run Boulevard where it had been involved in an accident. Two individuals fled from the crashed vehicle and were arrested. The driver was identified as Gregory Giron (DOB 12/12/2003) and the passenger was identified as INDIVIDUAL 2, a juvenile male. Gregory Giron is approximately 5'6" and is a light-skinned Hispanic man. INDIVIDUAL 2 is 5'7", approximately 5'7" and is also a light-skinned Hispanic man. No firearm was recovered in the vehicle.

MPD and FBI have identified GIRON as a suspect in seven armed carjackings and a car theft occurring during January 2024. Notably, many of these carjackings took place in the same geographic area as the February 27, 2024 carjacking.

*Armed Carjacking 1: January 5, 2024 Carjacking*

On January 5, 2024, Complainant 2 parked their car (a 2021 Hyundai Elantra bearing VA tag TUH4930) in the 3900 block of Georgia Avenue NW, the same area where the February 27, 2024 carjacking took place. Two suspects approached Complainant 2 from the western side of the parking lot. Complainant 2 saw the suspects approaching, and, believing he was about to be robbed, put his hands in his pockets. One suspect demanded Complainant 2's property, but Complainant 2 initially refused. In response, the second suspect produced a black handgun and pushed it into Complainant 2's stomach while the other suspect punched Complainant 2 in the face several times with his fist. The first suspect took Complainant 2's keys out of his pocket while the second continued pointing his gun at Complainant 2. The suspects entered Complainant 2's vehicle and fled, westbound on Randolph Street, Northwest. Complainant 2 described the suspects as young black males approximately 5'5" in height, both with skinny builds. Both suspects wore face masks. The second suspect was armed with a black handgun. Complainant 2 described the

1

gun as large and possibly gray. Complainant 2's vehicle was recovered on January 16, 2024, in Reisterstown, Maryland, which is the town in Maryland where Complainant 1's vehicle was recovered.

### *Car Theft 1: January 16, 2024 Auto Theft, 6 Hanover Pike, Reisterstown, MD*

On January 16, 2024, at approximately 1600 hours, Baltimore County Police Department was dispatched to Little Georgia Restaurant, located at 6 Hanover Pike, Reisterstown, Maryland, in Baltimore County for a reported automobile theft. Officers met with Complainant 3 who stated that they had walked to their car and noticed it was missing. Complainant 3 noted that they had earlier turned on their vehicle to start and warm it, before going back inside, leaving the keys in the ignition and the door unlocked. Complainant 3's vehicle was a 2023 Kia Sportage with MD registration 4FR5130 and VIN KNDPUCAG5P7101925, which was parked in a parking spot located to the rear of the building near the fence line. The victim observed broken glass on the ground where the car had been parked. Officers recovered surveillance video from the location. Officers observed a dark-colored 4-door sedan parked next to the Kia Sportage. The 4-door sedan appeared to be a Hyundai. One male suspect can be seen exiting the driver's side of the Hyundai and opening the driver's side door to the Kia Sportage. The suspect then can be seen re-entering the Hyundai and leaving the parking lot. Officers observed on the surveillance video the same suspect re-enter the parking lot on foot, open the door of the Kia Sportage, and leave the location, driving towards Main Street in the direction of Westminster Pike. The suspect appears to be a black male, approximately 20 to 30 years old, wearing a black sweatshirt, light-colored sweatpants, and black sneakers.

### *Armed Carjacking 2: January 23, 2024 Armed Carjacking, 7500 Eastern Avenue Northwest, Washington, D.C.*

On January 23, 2024, at approximately 4:54 a.m., an individual called 911 to report an armed carjacking at 7500 block of Eastern Avenue NW, in Washington, D.C. MPD responded to the scene and interviewed Complainant 4. Complainant 4 reported that they drove their Dodge Challenger to 7500 Eastern Avenue Northwest and parked across the street with the intention of picking up a coworker. Complainant 4 stopped in the crosswalk and turned on the vehicle's hazard lights. While sitting in the vehicle, two suspects approached the driver's door and yelled at Complainant 4 to exit the vehicle. One suspect opened the driver's door and struck Complainant 4 in the head with a black handgun. Complainant 4 exited the vehicle. One suspect entered the driver's seat of the vehicle and fled northwest on Easter Avenue. The other suspect ran towards Hemlock Street, Northwest, entered the driver's seat of a white SUV, and fled northwest on Eastern Avenue.

The first suspect was described as a Hispanic male, approximately 19-23 years of age, light complexioned, approximately 5'7" tall, thin build, wearing a gray coat, black pants, and a black ski mask. The second suspect was described as a Hispanic male, approximately 19-23 years of age, light complexioned, approximately 5'7" tall, thin build, wearing all black clothing and a black ski mask. Complainant 4's vehicle was identified as a gray 2019 Dodge Challenger (VA tag UDB4182, VIN 2C3CDZBTXKH66129). Approximately, thirty-five minutes after the carjacking, on January 23, 2024, at 5:21 a.m., a called reported to 911 a suspicious vehicle nearby

1761 Crestwood Drive Northwest. The caller reported that two suspects were emptying the contents of a white sedan and a black sedan into the woods. MPD responded.

An MPD officer arrived at the 1700 block of Crestwood Drive and observed a white Kia SUV bearing DC tag beginning with "GG" occupied by a Hispanic male in the driver's seat. As he passed the Kia, the officer observed a gray Dodge Challenger as well as a second suspect fleeing into the woods. As he passed the Kia, the driver reversed, struck a parked car, and fled. The suspect in the woods successfully escaped.

The gray Dodge Challenger was confirmed to be the same vehicle that was carjacked during Armed Carjacking 2 earlier in the day from 7500 Eastern Avenue Northwest. Officers also observed a pile of items in the snow next to the Challenger. Complainant 4 was brought to the scene and identified the objects as belonging to him. Complainant 4 also identified certain items that did not belong to him, including a gray North Face jacket recovered from the car. Complainant 4 believed that the jacket was worn by one of the suspects during the carjacking. Complainant 4 also reported that his black Nike hooded jacket with "Nike Air" printed on the front was missing from his vehicle, as well as his series 5 Apple Watch and keys containing his Dodge key fob, two house keys, and a mail key. A black North Face backpack containing multiple plastic bags, an orange inhaler, an orange Insulin Aspart FlexpPen, 23 "32 Easy-Touch" sealed syringe tips, and an Onstar 36M Stun Gun was recovered from the front passenger's floorboard of the Challenger. Complainant 4 confirmed that this bag did not belong to them.

***Armed Carjacking 3: January 23, 2024 Armed Carjacking, 1500 Decatur Street NW, Washington, D.C.***

On January 23, 2024, at approximately 11:17 p.m., MPD received a report for a carjacking in the 1500 block of Decatur Street NW. MPD responded and spoke with Complainant 5.

Complainant 5 stated that on January 23, 2024, at approximately 5:55 a.m., Complainant 5 was sitting in their vehicle, a 2016 Black Dodge Challenger SRT with DC Tag FK6831 and VIN 2C3CDZDJ2GH138187, in the 1500 block of Decatur Street NW. Complainant 5 stated that they were sitting and waiting in their vehicle while their other vehicle used for work, was heating up.

Complainant 5 observed a white or light gray SUV, described as possibly a "Hyundai Ioniq" with unknown tags, traveling northbound in the 4700 Block of Piney Branch Road NW. The vehicle then turned left, traveling westbound in the 1500 Block of Decatur Street NW, before pulling up alongside Complainant 5's vehicle. Two suspects exited the vehicle. Both brandished black handguns, approached Complainant 5's driver side door, and shouted "Get out the car! Get out the car!" One suspect pulled on the handle of the driver's door and Complainant 5 responded: "You got it! You got it!"

Complainant 5 exited the vehicle and backed away. One suspect entered the driver's seat of the vehicle while the other stood in front of the hood of the vehicle. Complainant 5 then heard the suspect in the driver's seat say: "It's a stick! It's a stick!" The suspect exited the driver's seat, switched places with the other suspect, and then both fled in the vehicle.

The vehicle fled west in the 1500 Block of Decatur Street NW before turning right and traveling north in the 4800 block of 16th Street NW.

Complainant 5 described one suspect as a light complexioned black or Hispanic man, approximately 25-30 years old, approximately 6'0" in height, approximately 200 pounds, with medium build, wearing a tan hat, unknown clothing, a face covering, and armed with a black handgun (described as possibly a .9mm Glock).

Complainant 5 described the other suspect as a man, approximately 25-30 years old, wearing a dark colored jacket, face mask, and armed with a black handgun (described as possibly a .9mm Glock).

### *Armed Carjacking 4: January 24, 2024 Armed Carjacking, 6424 Luzon Avenue NW, Washington, D.C.*

On January 24, 2024, MPD responded to 6424 Luzon Avenue NW for a reported carjacking. Complainant 6 was interviewed on scene. Complainant 6reported that they were parked in their vehicle across from 6424 Luzon Avenue NW, Washington, D.C., on the south side of the street, with the vehicle running, facing east, at approximately 4:20 PM.

Complainant 6 was on the telephone when they noticed a black Jeep, possibly a Cherokee, pull in front of his vehicle. Complainant 6 advised that a suspect exited the rear seat of the Jeep with an assault rifle with a silencer on it and stated words to the effect of "Get the fuck out of the car." A second suspect then appeared on the passenger side of Complainant 6's vehicle and stated something to the effect of, "get the fuck out of the car," while pointing a black handgun with a green laser on it. Complainant 6 believed that both suspects were Hispanic because he believed they had a Hispanic accent while speaking to him.

The suspects entered the vehicle and fled east on Luzon, before heading south on 14th Street. Complainant 6 recalled that a light gray or silver vehicle was behind the Jeep. Complainant 6's vehicle was a gray 2019 Dodge Charger, 2-door, bearing D.C. tag FP2119, and VIN: 2C3CDZAG7KH618386. Additionally, the suspects stole Complainant 6's black wallet containing a D.C. driver's license, a Cash App debit card, a Capital One credit card, a drill set, and an Apple iPhone.

Complainant 6 provided descriptions for both suspects. He described the first suspect as a Hispanic male, fair skinned, 17 to 20 years of age, approximately 5'7 to 5'8 in height, average build, wearing a black in color ski mask, a black in color coat, and khaki pants. He described the second suspect as a Hispanic male, fair skinned, 17 to 20 years of age, approximately 5'7 to 5'8 in height, average build, wearing a black ski mask, a black coat, and khaki pants.

### *Armed Carjacking 5: January 25, 2024 Armed Carjacking, 3215 P Street NW, Washington, D.C.*

On January 25, 2024, at approximately 2:03 a.m., Complainant 7 reported that they were the victim of an armed carjacking at 3215 P Street NW. MPD responded and met with Complainant 7 on scene. Complainant 7 reported that he was working as an armed special police officer (SPO) at the Chase Bank located at 3215 P Street NW.

As an SPO, Complainant 7 was supplied with a 2023 Honda Pilot (Virginia tag TRP4416, VIN 5FNYF8H50PB005369), a Smith & Wesson .38 (Serial #CFJ7819), and eighteen rounds of .38 caliber ammunition. Complainant 7 initially reported that they had exited the vehicle to check the

4

doors to the bank, when two suspects approached him. Complainant 7 later clarified that he was sleeping in the driver's seat of the red Honda Pilot when the two suspects approached the vehicle.

Complainant 7 reported that one of the suspects was armed with a black handgun that looked like a Glock, and they pointed the handgun at Complainant 7. The two suspects pulled Complainant 7 out of the vehicle and entered it before driving away. Complainant 7 attempted to flag down cars and eventually was able to call the police.

At 12:24 PM on January 25, 2024, MPD was notified that Complainant 7's carjacked Honda had been recovered in front of 7201 7th Street NW. Complainant 7's duty belt was recovered from behind the front passenger's seat, but no firearm was located in the vehicle. In addition to the firearm and ammunition, Complainant 7's black North Face backpack containing various papers, gun case, and SPO gear, a gray Galaxy smartphone, and a Honda key fob were missing.

### *Armed Carjacking 6: January 25, 2024 Armed Carjacking, 217 Pidco Road, Reisterstown, Maryland*

On January 25, 2024, at 3:50 a.m., Baltimore County Police Officers responded to 217 Pidco Road, in Reisterstown, Maryland, in response to a reported armed carjacking.

Officers met with two reported Complainant 7 and 8 on scene. Complainant 7 and 8 stated that they were sitting in a gray 2015 Infiniti Q50 bearing Maryland tags 7EZ9081. Complainant 7 and 8 were parked in front of 217 Pidco Road with the vehicle running and the lights activated. Complainant 7 and 8 were listening to music and smoking when two suspects approached the driver's door from behind. The two suspects pointed handguns at the window and ordered the driver (Complainant 7) out of the vehicle. Complainant 7 complied and exited the vehicle. While outside the vehicle, the suspects then ordered Complainant 7 to hand over their Rolex watch and necklace.

Simultaneously, two additional suspects approached the passenger side door, opened it, and ordered the passenger (Complainant 8) out of the vehicle. Complainant 8 advised that the first Suspect appeared to be a white Hispanic male holding a 1911-style handgun. The second suspect, who reportedly did not speak, held a two-foot long baseball bat as if he was prepared to strike. The suspects demanded that Complainant 8 hand over their Citizen Echo Drive Diver's watch as well as their black with reflective purple and red stripes "Yeezy" shoes. All four suspects then entered the vehicle and drove away.

The property stolen from Complainant 7 included a silver/blue Rolex necklace and watch, gray Balenciaga shoes, a blue Moncler jacket, a light green Apple 12 iPhone, white Apple earbuds, and a Navy Federal Credit Union bank card. The property stolen from the Complainant 8 included a blue Apple 12 Pro Max, white Apple earbuds, a silver Citizen Echo Drive Diver's watch, black "Yeezy" shoes with reflective purple and red stripes, identification cards and other miscellaneous clothing items (including two Nike Tech hoodies).

The suspects were described as Hispanic males, light complexion, 19 – 20 years of age, approximately 5'7", thin build and wearing all black clothing including ski mask.

### *Armed Carjacking 7: January 25, 2024 Armed Carjacking, 5621 Sargeant Road, Hyattsville, MD*

On January 25, 2024, at approximately 7:47 p.m., Prince George's Police Department responded to the CVS located at 5621 Sargent Road, Hyattsville, Maryland for a reported armed carjacking. Officers spoke with a Complainant 9 who reported that they were carjacked at gunpoint.

Complainant 9 stated that they exited the CVS and entered their vehicle, which was a 2014 black BMW 428i bearing Maryland tags 7EZ8199. As Complainant 9 put the vehicle in reverse, the suspect vehicle, an unknown make/model white SUV, parked behind Complainant 9's vehicle, blocking them and preventing them from leaving.

Two suspects exited the white SUV and approached the driver's side of Complainant 9's vehicle. One suspect opened the driver's door and pointed a handgun at Complainant 9's torso. The suspects then demanded Complainant 9 exit the vehicle. In fear for his life, Complainant 9 complied and exited. The suspects fled in the victim's vehicle on Sargent Road towards Washington D.C. Complainant 9 retained his vehicle's key fob.

Complainant 9 described the first suspect as a Hispanic male, between 19 - 25 years, approximately 5'8", slim build and wearing a black bubble jacket, shoes and pants and ski mask. The first suspect was armed with a black handgun with a red laser. The second suspect was a Hispanic male, between 19 - 25 years of age, 5'9", slim build, black pants and shoes, black bubble jacket, and ski mask. The second suspect was armed with a black handgun.

### *January 26, 2024 Vehicle Pursuit and Arrest of GREGORY GIRON*

On January 26, 2024, at approximately 2:37 p.m., a white Kia Sportage SUV bearing D.C. tags GG1602, hit on a License Plate Reader ("LPR") located in the 5400 block of 16th Street NW.

As reflected above, a white Kia Sportage was stolen during Car Theft 1 from 6 Hanover Pike, Reisterstown, Maryland on January 16, 2024. (A Kia Sportage is an SUV model.) A white Kia SUV with this license plate was used in Armed Carjacking 2: the January 23, 2024 carjacking of a 2019 Dodge Challenger. A white Kia SUV with unknown license plate was also used in Armed Carjacking 3, Armed Carjacking 5, and Armed Carjacking 7.

MPD voiced a look-out for the white Kia, and the MPD helicopter (Falcon) located the vehicle traveling in D.C. Falcon reported the Kia's direction as it traveled through D.C. and ultimately into Hyattsville, Maryland via Riggs Road.

The PGPD helicopter (Guardian) began following the white Kia Sportage as it entered Hyattsville, Maryland. The Kia Sportage traveled from Riggs Road to Chillum Road. The Kia Sportage continued to travel from Chillum Road to Queen Chapel Road. The Kia Sportage continued traveling to Route 208 where it collided into another vehicle. Following the collision, the driver of the Kia Sportage continued to drive away through several neighborhoods. The Kia Sportage traveled on East West Highway, Route 201 (Kenilworth Avenue) and Good Luck Road. The Kia Sportage turned left into the 7800 block of Good Luck Road.

The vehicle stopped and one individual fled the vehicle. No other individuals were observed in the vehicle and no other individuals were observed fleeing the vehicle. The driver fled through

the woods, onto I-495, and through a football field where he was subsequently apprehended. He was identified upon arrest as Gregory GIRON. GIRON informed law enforcement that he lived on Varnum Street NW.

GIRON was subsequently interviewed at a hospital where he was transported due to a reported asthma attack. GIRON was read his *Miranda* warnings. GIRON initially stated in substance that he did not want to answer any questions. GIRON then stated in substance that he wanted to know what he was charged with. Law enforcement informed him that he was being charged with carjacking. GIRON was then re-read his rights and agreed to waive them. GIRON was asked where he had obtained the white Kia Sportage in which he had fled. GIRON reported, in substance, that it was a hop in and that the car was running. In my experience the term "hop in" refers to a car that is stolen by an individual who "hops in" and drives it away. With respect to other carjackings, GIRON stated in substance that he was not present for all of them, but that he was usually the driver during some of the offenses. GIRON did not specify which car he drove during the carjackings.

During his interview with law enforcement, Giron was wearing a Rolex watch. A photograph was taken of the watch and shown to Complainant 7 from Armed Carjacking 6: the January 25, 2024 armed carjacking, at 217 Pidco Road, Reisterstown, Maryland. Complainant 7 confirmed that the watch GIRON was wearing was the watch that had been taken from Complainant 7 at gunpoint.

During the interview, GIRON was allowed to call his wife. GIRON called a number associated with a Y.S. Based on public record searches, Y.S. is associated with an address at 5 Main Street, Reisterstown, Maryland. Notably, this address is in close proximity to some of these offenses.

Law enforcement contacted GIRON's father. He stated that his son, GIRON, lived at 1406 Varnum Street NW. Law enforcement also conducted public records searches for GIRON, and identified 1406 Varnum Street NW as an address associated with him and family members.

### *January 26, 2024 Search of GIRON's Residence at 1406 Varnum Street NW*

MPD responded to 1406 Varnum Street NW to secure the residence in anticipation of receiving a search warrant for the residence. Law enforcement officers met a Hispanic woman at the residence. She identified herself as the mother of GIRON and confirmed that she lived there.

At approximately 6:20 PM, a tan SUV pulled up to the front of the residence and a passenger exited. The individual appeared to be a heavyset adult Hispanic man, who used a key to enter the home.

Two to three minutes later, MPD observed a man matching that description exiting the rear of 1406 Varnum Street NW, carrying a white trash bag. The man entered the same tan SUV, and the vehicle began driving away.

MPD stopped the vehicle and identified the front seat passenger as the same man who had entered and exited 1406 Varnum Street NW, carrying a white trash bag. This man was identified as D.G., the brother of GIRON. Notably, officers did not observe any trash bag in the vehicle.

MPD retraced the path of the vehicle and found, in a spot where the vehicle had been observed briefly stopping, a black winter style coat covering two Glock handgun boxes, a white trash bag containing a blue Moncler coat, a Security Enforcement Officer badge, plastic bag containing an

7

unknown amount of live rounds of ammunition, three handgun magazines containing an unknown amount of ammunition, a separate white trash bag containing a Glock handgun box with two handgun magazines with an unknown amount of ammunition.

A photograph was taken of the blue Montcler jacket recovered from the curb and shown to Complainant 7 from Armed Carjacking 6: the January 25, 2024 armed carjacking, at 217 Pidco Road, Reisterstown, Maryland. Complainant 7 confirmed that the jacket recovered from the curb was the jacket which had been taken from him at gunpoint.

MPD obtained a D.C. Superior Court Warrant to search 1406 Varnum Street NW (D.C. Superior Court Warrant 2024 CSWSLD 000435). MPD recovered the following:

   a. A Citizens watch (similar to the one taken from Complainant 8 during Armed Carjacking 6);
   b. Glock gun strap;
   c. Empty 9mm box of ammunition;
   d. One round of 9mm ammunition, 1 round of 10mm ammunition; and

None of the vehicles referenced above were manufactured within the District of Columbia. Therefore, each motor vehicle was transported, shipped, or received in interstate or foreign commerce.

Respectfully Submitted,

Detective Jayme Kingsley
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on February 28, 2024.

HONORABLE ROBIN M. MERIWETHER
UNITED STATES MAGISTRATE JUDGE